## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| FRANCINE ROMO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 2:09-cv-01595-RJJ |
| v. | ) | |
| | ) | **MINUTE ORDER** |
| VEOLIA TRANSPORTATION SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | Dated: January 20, 2010 |

PRESENT:     THE HONORABLE LAWRENCE R. LEAVITT, United States Magistrate Judge

JUDICIAL ASSISTANT:   Carol DePino     RECORDER:              None

COUNSEL FOR PLAINTIFF(S):   Sharon L. Nelson and Nicholas L. Hamilton; plaintiff present

COUNSEL FOR DEFENDANT(S):   James N. Foster, Jr., by telephone

PROCEEDING: Follow-Up Early Neutral Evaluation Session in Chambers

Counsel and the court met and conferred.  A settlement agreement was reached.

IT IS ORDERED that a stipulation for dismissal shall be filed by February 12, 2010.

*/s/ Leavitt*

**LAWRENCE R. LEAVITT**
**UNITED STATES MAGISTRATE JUDGE**