1  SHARON L. NELSON
   Nevada Bar No. 6433
2  NICHOLAS L. HAMILTON
   Nevada Bar No. 10893
3  NELSON LAW
   401 N. Buffalo Drive, Suite 100
4  Las Vegas, Nevada 89145
   Telephone: (702) 247-4529
5  Facsimile: (702) 737-4529
   Attorneys for Plaintiff
6  Francine Romo

7                    **UNITED STATES DISTRICT COURT**

8                           **DISTRICT OF NEVADA**

9  FRANCINE ROMO,                    | Case No.: 2:09-cv-01595-RJJ

10         Plaintiff

11 v.                                 | **STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**

12 VEOLIA TRANSPORTATION SERVICES,
   INC., a foreign corporation; ROES and
13 DOES I- X, inclusive

14         Defendants.

15                        **STIPULATION AND ORDER**

16         IT IS HEREBY STIPULATED and AGREED by and between Plaintiff, Francine Romo

17 and Defendant, Veolia Transportation Services, Inc., by and through their attorneys of record,

18 //

19 //

20

21 //

22 //

23 //

24

1  that this matter be dismissed with prejudice, the parties each to bear their own fees and costs.

2  DATED this **11** day of February 2010.

| NELSON LAW | ANTHONY A. ZMAILA Limited PLLC |
|---|---|
| *Nicholas Hamilton* | Anthony A. Zmaila, Esq. |
| SHARON L. NELSON | Anthony A. Zmaila, Esq. |
| Nevada Bar No. 6433 | Nevada Bar No. 2319 |
| NICHOLAS L. HAMILTON | Anthony A. Zmaila Limited PLLC |
| Nevada Bar No. 10893 | 265 East Warm Springs Road, Suite 100 |
| 401 North Buffalo Drive, Suite 100 | Las Vegas, NV 89119 |
| Las Vegas, Nevada 89145 | (702) 614-8800 Telephone |
| Attorneys for Plaintiff | (702) 614-8700 Facsimile |
| Francine Romo | |

James N. Foster, Jr., Esq.
John J. Marino, Jr., Esq.
McMAHON BERGER, P.C.
2730 North Ballas Road, Suite 200
St. Louis, Missouri 63131-3039
Telephone:   (314) 567-7350
Facsimile:   (314) 567-5968

Attorneys for Defendant,
Veolia Transportation Services

IT IS SO ORDERED.

Dated this **19** day of April 2011. ~~February 2010~~

*Robert J. Johnston*
U.S. ~~DISTRICT COURT~~ MAGISTRATE JUDGE